

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00014-CR

**EX PARTE JOSHUA SEARFOSS**

On Appeal from the 26th District Court
Williamson County, Texas
Trial Court No. 20-1246-K26, Honorable Donna King, Presiding

April 8, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Joshua Searfoss, appeals the district court's denial of his pretrial application for writ of habeas corpus under Texas Code of Criminal Procedure article 15.21. TEX. CODE CRIM. PROC. ANN. art. 15.21 (West Supp. 2020). Now pending before this Court is Appellant's motion to voluntarily dismiss his appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.